UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE<br>27" iMac Pro 3.2GHz 8 Core S/N: C02X10ZRHX8F<br>HP All in One PC Model 27<br>MacBook Pro Model Al398,<br>iPad Model A2069<br>iPad Model A2379<br>Sky Tablet Model Elite Octax<br>Amazon Tablet Model: M8S26G<br>Meta Facebook Model: WT74BL<br>iPhone 13 Pro Max<br>Teal iPhone<br>White iPhone<br>iPhone Model Al586<br>Pink iPhone<br>Koobee Phone<br>Foxx Phone<br>White Vortex Phone # 1<br>White Vortex Phone #2<br>Blue Vortex Phone<br>2TB USB Drive #1<br>2TB USP Drive #2<br>USB Drive | Misc. No.:<br>Honorable: |

**Consolidated Ex Parte Motion and Brief to Extend the Time to File a Complaint for Forfeiture**

Now comes plaintiff, the United States of America, by and through its undersigned attorneys, and for its Consolidated Ex Parte Motion and Brief to Extend Time to File a Complaint for Forfeiture, states upon information and belief as follows:

1

1. On May 8, 2025, agents from the Homeland Security Investigations ("HSI") seized the following property: 27" iMac Pro 3.2GHz 8 Core S/N: C02X10ZRHX8F, HP All in One PC Model 27, MacBook Pro Model Al398, iPad Model A2069, iPad Model A2379, Sky Tablet Model Elite Octax, Amazon Tablet Model: M8S26G, Meta Facebook Model: WT74BL, iPhone 13 Pro Max, Teal iPhone, White iPhone, iPhone Model Al586, Pink iPhone, Koobee Phone, Foxx Phone, White Vortex Phone # 1, White Vortex Phone #2, Blue Vortex Phone, 2TB USB Drive #1, 2TB USP Drive #2, and a USB Drive.  (collectively referred to herein as the "Subject Property").

2. HSI provided notice as required by 18 U.S.C. § 983(a)(1)(A) of the seizure and its intent to administratively forfeit the Subject Property to all known interested parties, which included Maximillian Richard Hughes ("claimant").

3. On or about July 16, 2025, the claimant submitted a claim to the Subject Property with the HSI in administrative forfeiture proceedings.

4. The time has expired for any person to file a claim to the Subject Property under 18 U.S.C. § 983(a)(2)(A)-(E), and no other person has filed a claim to the Subject Property as required by law in the administrative forfeiture proceeding.

5. Upon submission of Hughes's claim, HSI referred the matter to the United States Attorney for judicial forfeiture proceedings.

6.      Pursuant to 18 U.S.C. §§ 983(a)(3)(A), the earliest applicable deadline for the United States to file a complaint for forfeiture against any of the Subject Property is October 14, 2025.

7.      The Court is authorized to grant ex parte extensions of the Civil Asset Forfeiture Reform Act (CAFRA) deadline, and the Court can extend the deadline for good cause.

8.      "Under the CAFRA, a district court is authorized to grant ex parte extensions of the deadline for government to file civil forfeiture complaint." *United States v. Funds from Fifth Third Bank Acct.*, No. 13-11728, 2013 WL 5914101, at *8 (E.D. Mich. Nov. 4, 2013).

9.      As provided in 18 U.S.C. § 983(a)(3)(A), the plaintiff wishes to extend the time in which the United States is required to file a complaint for forfeiture against the Subject Property for good cause shown. At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life of the protection of property." 31 U.S.C. § 1342. Until Department of Justice attorneys are permitted to resume their usual civil litigation functions, the

Government believes this constitutes "good cause" for the extension, as required by 18 U.S.C. § 983(a)(3)(A).

10. The United States requests that the deadline for the filing of the complaint for forfeiture be extended from October 14, 2025, to and including January 12, 2026, and that the Subject Property remain in the custody of the United States until further order of the Court.

Wherefore, the United States prays for the entry of the accompanying order extending the time to file a complaint for forfeiture until and including January 12, 2026.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/Jasmine Moore
Jasmine Moore(P82181)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9759
Jasmine.Moore@usdoj.gov

Dated: October 10, 2025