UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE

27" iMac Pro 3.2GHz 8 Core S/N:
C02X10ZRHX8F
HP All in One PC Model 27
MacBook Pro Model Al398,
iPad Model A2069
iPad Model A2379
Sky Tablet Model Elite Octax
Amazon Tablet Model: M8S26G
Meta Facebook Model: WT74BL
iPhone 13 Pro Max
Teal iPhone
White iPhone
iPhone Model Al586
Pink iPhone
Koobee Phone
Foxx Phone
White Vortex Phone # 1
White Vortex Phone #2
Blue Vortex Phone
2TB USB Drive #1
2TB USP Drive #2
USB Drive

Misc. No.: 2:25-mc-51267
Honorable: Laurie J. Michelson

---

**Notice of Resolution of Miscellaneous Matter**

---

This court granted the government an extension of the Civil Asset Forfeiture

Reform Act (CAFRA) deadline to initiate judicial forfeiture proceedings on the

following date(s): April 12, 2026.

The government provides notice that it will not be seeking any further extensions to the CAFRA deadline. The property seized has an estimated value of $2,340.00 and does not meet our office's minimum aggregate property value of $5,000 threshold for stand-alone civil forfeiture cases for personal property. Furthermore, if property is included in criminal case the forfeiture should follow the criminal prosecution. Thus, this miscellaneous matter can be closed.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

S/Jasmine Moore
Jasmine Moore (P82181)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9759
Jasmine.Moore@usdoj.gov

Dated: August 5, 2026

2